USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                          Plaintiff(s),

             -against-

Terry Brooks

                          Defendant(s).

25-CR-00073 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Arraignment and Initial Pretrial Conference is scheduled for March 3, 2025, at 1:00 p.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: February 27, 2025
       New York, New York

                                                  SO ORDERED.

                                                  MARGARET M. GARNETT
                                                  United States District Judge