# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

April 28, 2025

By ECF

Honorable Margaret M. Garnett
United States District Judge
**Southern District of New York**
**40 Foley Square**
New York, New York 10007

> Request GRANTED. In order to give the parties more time to discuss a possible disposition of this case, the Court hereby adopts the proposed briefing schedule. Defense motion is due by May 12, 2025; Government response is due by May 27, 2025; Defense reply is due by June 2, 2025. The Status Conference set for Monday, June 9, 2025, at 11:00 a.m. will proceed as scheduled. The Clerk of Court is respectfully directed to terminate Dkt. No. 14. SO ORDERED.
>
> Dated: 04/29/2025

**Re: United States v. Terry Brooks, 25 Cr. 73 (MMG)**

Dear Judge Garnett:

I write to respectfully request that the Court adjust the pretrial motions schedule in this case by one week in order to allow the parties more time to continue discussing a possible disposition. The Government consents to this request. If granted, the new motions schedule would be as follows:

Defense motions due May 12;
Government response due May 27;
Defense reply due June 2.

This proposed adjustment would not affect our currently scheduled conference on June 9. Thank you for your attention to this request.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Government counsel