**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 9, 2025

**BY ECF**

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Terry Brooks*, 25 Cr. 73 (MMG)

Dear Judge Garnett:

    With the consent of defense counsel, the Government respectfully writes to seek a short extension of the pretrial motions schedule in this case (Dkt. 15). The parties have made substantial progress toward a resolution, and the proposed extension would allow the parties to continue plea discussions. If granted, the new pretrial motions schedule would be as follows:

- Defense motions:    Monday, May 19
- Government response:    Friday, May 30
- Defense reply:    Friday, June 6

    Given the progress of plea discussions, the parties respectfully suggest that the Court keep the presently scheduled conference date of June 9. If no resolution is reached and motions are filed, then the parties defer to the Court regarding whether to keep the presently scheduled conference date. In the event that the Court adjourns the conference date, the Government respectfully requests that the Court exclude time until the rescheduled conference date under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), and the defendant consents to the exclusion.

Request GRANTED. In order to allow the parties more time to continue discussions regarding a potential disposition of this matter, the Court hereby adopts the proposed briefing schedule. Defense motion is due by May 19, 2025; Government response is due by May 30, 2025; Defense reply is due by June 6, 2025. The Status Conference set for Monday, June 9, 2025, at 11:00 a.m. will proceed as scheduled. The Clerk of Court is respectfully directed to terminate Dkt. No. 16. SO ORDERED.

Dated: May 12, 2025

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Kevin Grossinger
James Mandilk
Assistant United States Attorneys
212-637-2426/2453

cc:    Jonathan Marvinny, Esq. (by ECF)