UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff(s),

-against-

Terry Brooks

                Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2025

25-CR-00073 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The change of plea hearing in this matter has been rescheduled to June 10, 2025, at 11:00 a.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: June 9, 2025
         New York, New York

                              SO ORDERED.

                              MARGARET M. GARNETT
                              United States District Judge