**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 22, 2025

**BY ECF**

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Request GRANTED. Sentencing is hereby rescheduled to September 22, 2025, at 1:30 p.m. The Clerk is respectfully directed to terminate Dkt. No. 22. SO ORDERED.

Dated: July 22, 2025

Re: *United States v. Terry Brooks*, 25 Cr. 73 (MMG)

Dear Judge Garnett:

The Government writes on behalf of the parties to seek an adjournment of the sentencing in this matter currently scheduled for September 8, 2025. (Dkt. (minute entry dated June 12, 2025).) The parties jointly request an adjournment until on or after September 18, 2025, because both the Government and defense counsel will be on trial the week of September 8, and such trials may extend into the week of September 15.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Kevin Grossinger
James Mandilk
Assistant United States Attorneys
212-637-2426/2453

cc: Jonathan Marvinny, Esq. (by ECF)